B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Justin Davis Enterprises, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3514312** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3810 S. 50th St.**<br>**Tampa, FL**<br>ZIP Code **33619-6738** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**378 E. Base St., #216**<br>**Madison, FL**<br>ZIP Code **32340** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Justin Davis Enterprises, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **Middle District of Florida, Tampa Division** | Case Number: **8:08-bk-6468-MGW** | Date Filed: **5/06/08** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(04/13) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Justin Davis Enterprises, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X _(signed)_____ <br> Signature of Attorney for Debtor(s) <br><br> **Daniel R. Fogarty, Bar No. 0017532** <br> Printed Name of Attorney for Debtor(s) <br><br> **Stichter, Riedel, Blain & Postler, P.A.** <br> Firm Name <br><br> **110 E. Madison St.** <br> **Suite 200** <br> **Tampa, FL 33602** <br> Address <br><br> **(813) 229-0144  Fax: (813) 229-1811** <br> Telephone Number <br> **7/28/15** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _(signed)_____ <br> Signature of Authorized Individual <br> **James B. Davis, IV** <br> Printed Name of Authorized Individual <br> **President** <br> Title of Authorized Individual <br> **7/28/15** <br> Date | |

ADT Security Services Inc.
P O Box 371956
Pittsburgh, PA 15250-7956

Advanced Disposal
P.O. Box 743019
Atlanta, GA 30374-3019

Advantica
P O Box 798349
St. Louis, MO 63179-8000

Aegis Mobility
200-8525 Baxter Place Burnaby
BC V5A 4V7 Canada

AFLAC
Attn: Remittance Processing Svc
1932 Wynnton Rd
Columbus, GA 31999-0001

Aiken Standard
326 Rutland
106 E Buena Vista
Aiken, SC 29802-0456

Altec Capital Services, LLC
33 Inverness Center Pkwy., #200
Birmingham, AL 35242

Ameritas Life Insurance Corp.
5900 O Street
P.O. Box 81889
Lincoln, NE 68501-1889

ARCpoint of Tallahassee, Inc.
3520 N Monroe Street
Tallahassee, FL 32303

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Atlantic Equipment Leasing, Inc.
833 Pickettville Road
Jacksonville, FL 32220

Atlas Financial Group
PO Box 10
Loomis, CA 95650-0010

Aureolin Services
P.O. Box 272
New York, NY 10113

Autom Towing
5000 Griffin Road
Davie, FL 33314

B & B Sanitation
P O Box 1564
Perry, FL 32348

B-Line Carriers, Inc
1169 Culbreath Rd
Brooksville, FL 34602

BCP Tanklines Inc
PO Box 309
Saucier, MS 39574

Blue Cross Blue Shield of Florida
P O Box 660299
Dallas, TX 75266-0299

Branch Banking & Trust
Item Processing Center
P.O. Box 580048
Charlotte, NC 28258-0048

Bruce Duhe' Tires, Inc
5030 Range Line Road
Mobile, AL 36619

Can Capital (Reliant)
155 North 400 West, #301
Salt Lake City, UT 84103

Central Florida Expressway Authority
Violation Enforcement Section
PO Box 585070
Orlando, FL 32858-5070

CenturyLink
P O Box 1319
Charlotte, NC 28201-1319

Chatham Truck Center, Inc
289 Telfair Road
Savannah, GA 31415

Chevron & Texaco Business Card Svcs
P O Box 70887
Charlotte, NC 28272-0887

Commercial Credit Group, Inc.
P.O. Box 60121
Charlotte, NC 28260-0121

Cross Island Parkway
PO Box 5096
Hilton Head Island, SC 29938

Daimler Truck Financial
P.O. Box 5261
Carol Stream, IL 60197

Dallas National Insurance Company
PO Box 732306
Dallas, TX 75373-2306

Dept of Highway Safety/Motor Vehicle
Neil Kirkman Building
2900 Apalachee Parkway
Tallahassee, FL 32399-0500

Everglades Petroleum Tank Svc, Inc
2600 S. Miami Road
Ft. Lauderdale, FL 33316

Farmers & Merchants Bank
P.O. Box 340
Monticello, FL 32345

Florida Dept. of Transportation
Toll By Plate
P.O. Box 105477
Atlanta, GA 30348-5477

Florida Petroleum Marketers
227 S. Adams Street
Tallahassee, FL 32301

Florida Tank Services, Inc.
P.O. Box 5078
Tampa, FL 33675

Four Star Freightliner, Inc.
P O Box 6569
Dothan, AL 36302

Four Star Leasing, LLC
P O Box 6569
Dothan, AL 36302

Four Star Leasing, LLC
P.O. Box 6569
Dothan, AL 36302

Gallery Collection Prudent Publishing
P.O. Box 360
Ridgefield Park, NJ 07660

Georgia Assoc. of Convenience Store
168 N. Johnston St., #209
Dallas, GA 30132-4744

Georgia Oilmen's Association, Inc.
1775 Spectrum Drive Suite 100
Lawrenceville, GA 30043

Hart Jacksonville
5105 Phillips Highway
Jacksonville, FL 32207

Hartland Fuel Products, LLC
PO Box 809
Onalaska, WI 54650

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J.J. Keller
P.O. Box 6609
Carol Stream, IL 60197-6609

Jax Commercial Tire, Inc
1526 Industrial Blvd
Jacksonville, FL 32254

Jimmie's ATP Service Center
6025 South State Rd 53
Madison, FL 32340

Jimmie's Firestone
6025 S State Road 53
Madison, FL 32340

Key Equipment Finance, Inc.
Attn: Bankruptcy Dept.
1000 S. McCaslin Blvd.
Louisville, CO 80027

Kitchens Garage, Inc
4904 Jeffersonville Rd
Macon, GA 31217

Knight Capital Funding, LLC
9 East Lockerman St., #3A-543
Dover, DE 19901

Langford & Myers P.A.
P O Box 3277
Tampa, FL 33601-3277

LG Funding LLC
1218 Union St.
Brooklyn, NY 11225

Liberty National Life Insurance Co.
100 Concourse Parkway, #350
Hoover, AL 35244

LSQ Funding Group, L.C.
1405 W. Colonial Dr.
Orlando, FL 32804

Lykins Oil Co.
PO Box 643875
Cincinnati, OH 45264-3875

Madison County Community Bank
500 S. Duval St.
Madison, FL 32340

MassMutual Financial Group
Retirement Plan Solutions
P O Box 1583
Hartford, CT 06144-1583

Matlack Leasing LLC
191 Presidental Blvd., #W-5
Bala Cynwyd, PA 19004

MCI
PO Box 371838
Pittsburgh, PA 15250-7838

Memorial Hospital & Manor
Physician Centralized Billing
505 Amelia Ave.
Bainbridge, GA 39819-4355

Miami-Dade Expressway Authority
P.O. Box 865009
Orlando, FL 32886-5009

Mr. Pip's Auto Truck Plaza
PO Box 904
Bainbridge, GA 39818

Nations Fund I, Inc.
101 Merritt Seven, Fifth Floor
Norwalk, CT 06851

New Jersey Turnpike Authority
NJ E-Z Pass Violations Processing Ctr
P.O. Box 4971

Trenton, NJ 08650

O'Conner & Associates
1250 S Belcher Road Suite 160
Largo, FL 33771

Palm Coast Truck Repair
US 1 South
Bunnell, FL 32110

Polar Service Center
120 Cedar Spring Rd
Spartanburg, SC 29302

Polar Service Centers
7600 East Sam Houston Parkway
North Houston, TX 77049

Premium Assignment Corporation
P O Box 8000
Tallahassee, FL 32314-8000

Quality Equipment (Celadon)
9702 E 30th St.
Indianapolis, IN 46229

Raffield Tire Masters, Inc.
P O Box 3115
Macon, GA 31205

Safety-Kleen
P O Box 650509
Dallas, TX 75265-0509

Shutts & Bowen LLP
4301 W. Boy Scout Blvd., #300
Tampa, FL 33607

Signature Graphics, Inc.
1000 Signature Drive
Porter, IN 46304

Simons & Dean Attorneys At Law
147 Wappoo Creek Dr., #604
Charleston, SC 29412

Stepp's Towing Service Pasco Co
4325 Gall Blvd
Zephyrhills, FL 33542

Terminal Service Co
2778 West Tharpe Street
Tallahassee, FL 32303

Thompson Petroleum Services, LLC
116 Pat Joiner Blvd
Byron, GA 31008

Tom Nehl Truck Company
P O Box 37558
Jacksonville, FL 32236

Transcend Trailer Leasing & Rentals
2613 Lancaster Hwy
Chester, SC 29706

Transportation Alliance Bank, Inc.
P.O. Box 150290
Ogden, UT 84403

Tron's Auto & Towing, LLC
435 S Range Rd.
Cocoa, FL 32926

Tyner Transport, Inc.
Attn: George J. Tyner, Jr.
309 Peach Blossom Place
Macon, GA 31216

U.S. Department of Justice
U.S. Trustee Program
75 Spring St. SW, Room 362
Atlanta, GA 30303

Ultimate Mobile Fleet Services, LLC
P O Box 69
Sydney, FL 33587

UniFirst
Riverside Uniform Rentals, Inc.
68 Johnston Rd.
Wilmington, MA 01887

Verizon Wireless
Bankruptcy Department
404 Brock Drive
Bloomington, IL 61701

Viera Williams, P.A.
545 East Tennessee St, Suite 100-B
Tallahassee, FL 32308

Warner Robins Wrecker & Towing
640 Elberta Road
Warner Robins, GA 31093

Webster Capital Finance
c/o Amy Levy, Esq.

```
344 Main St.
Kensington, CT 06037

Wells Fargo Bank, N.A.
P.O. Box 2705
Winston Salem, NC 27101-0101

Wiregrass Petroleum Svc Equip. Co.
502 Columbia Highway
Dothan, AL 36301

World Global Financing, Inc.
141 NE 3rd Avenue, PH
Miami, FL 33132
```