# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In re: JUSTIN DAVIS ENTERPRISES, INC. | § | Case No.  8:15-bk-07698-MGW |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DOUGLAS N. MENCHISE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,504,427.12<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:$1,331,398.31 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration:$386,867.51 | |

3) Total gross receipts of $    1,718,265.82   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00    (see **Exhibit 2**), yielded net receipts of  $1,718,265.82 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,902,115.59 | $3,323,256.96 | $1,331,398.31 | $1,331,398.31 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 395,054.04 | 395,054.04 | 386,867.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 1,834,150.63 | 1,834,150.63 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 762,784.86 | 1,090,983.84 | 1,090,983.84 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 2,443,974.21 | 4,889,565.45 | 4,889,565.45 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,108,874.66 | $11,533,010.92 | $9,541,152.27 | $1,718,265.82 |

4)  This case was originally filed under Chapter 7 on July 28, 2015.
The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2018              By:  /s/DOUGLAS N. MENCHISE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 1,676,604.20 |
| BANK ACCOUNTS-U | 1229-000 | 41,661.62 |
| **TOTAL GROSS RECEIPTS** | | **$1,718,265.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Aureolin Services | 4210-000 | 0.00 | 103,771.78 | 0.00 | 0.00 |
| 17 | Cecil and Rose Pittman | 4210-000 | 14,707.44 | 14,707.44 | 0.00 | 0.00 |
| 19S | Banc of America Leasing | 4210-000 | 0.00 | 60,000.00 | 0.00 | 0.00 |
| 20 | Commercial Credit Group, Inc. | 4210-000 | 468,958.52 | 505,179.53 | 0.00 | 0.00 |
| 23 | Knight Capital Funding, LLC | 4210-000 | 140,250.42 | 76,978.72 | 0.00 | 0.00 |
| 24S | Mercedes-Benz Financial Services USA LLC | 4210-000 | 1,721,688.03 | 790,000.00 | 0.00 | 0.00 |
| 25S | Shutts & Bowen LLP | 4210-000 | 0.00 | 3,500.00 | 0.00 | 0.00 |
| 27 | Four Star Freightliner, Inc. | 4210-000 | 201,395.05 | 158,453.80 | 0.00 | 0.00 |
| 28S | Premium Assignment Corporation | 4210-000 | 176,764.89 | 261,763.21 | 0.00 | 0.00 |
| 35 | Madison County Tax Collector | 4700-000 | N/A | 17,504.17 | 0.00 | 0.00 |
| NOTFILED | Daimler Truck Financial | 4110-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Branch Banking & Trust Item Processing Center | 4110-000 | 21,188.01 | N/A | N/A | 0.00 |
| NOTFILED | Can Capital (Reliant) | 4110-000 | 89,863.38 | N/A | N/A | 0.00 |
| NOTFILED | Farmers & Merchants Bank | 4110-000 | 13,263.64 | N/A | N/A | 0.00 |
| NOTFILED | Gary and Jeanne Webb | 4110-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance, Inc. | 4110-000 | 3,635.51 | N/A | N/A | 0.00 |
| NOTFILED | World Global Financing, Inc. | 4110-000 | 80,292.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Equipment (Celadon) | 4110-000 | 1,158,758.80 | N/A | N/A | 0.00 |
| NOTFILED | Webster Capital Finance c/o Amy Levy, Esq. | 4110-000 | 86,349.90 | N/A | N/A | 0.00 |
| NOTFILED | LSQ Funding Group, L.C. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank, N.A. | 4110-000 | 225,000.00 | N/A | N/A | 0.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 185,000.00 | 185,000.00 | 185,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 45,000.00 | 45,000.00 | 45,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 13,400.00 | 13,400.00 | 13,400.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 900,000.00 | 900,000.00 | 900,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 93,000.00 | 93,000.00 | 93,000.00 |
| | STICHTER RIEDEL BLAIN & PROSSER P.A. | 4210-000 | N/A | 80,000.00 | 80,000.00 | 80,000.00 |
| | STICHTER RIEDEL BLAIN & POSTLER, PA | 4210-000 | N/A | -10,001.69 | -10,001.69 | -10,001.69 |
| **TOTAL SECURED CLAIMS** | | | **$4,902,115.59** | **$3,323,256.96** | **$1,331,398.31** | **$1,331,398.31** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DOUGLAS N. MENCHISE | 2100-000 | N/A | 74,797.97 | 74,797.97 | 71,422.44 |
| Trustee Expenses - DOUGLAS N. MENCHISE | 2200-000 | N/A | 1,278.94 | 1,278.94 | 1,221.22 |
| Other - STICHTER, RIEDEL, BLAIN & POSTLER, P.A. | 3210-600 | N/A | 92,065.00 | 92,065.00 | 87,910.22 |
| Other - STICHTER, RIEDEL, BLAIN & POSTLER, P.A. | 3220-610 | N/A | 1,886.98 | 1,886.98 | 1,801.82 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 11,375.00 | 11,375.00 | 10,861.66 |
| Other - STICHTER RIEDEL BLAIN & PROSSER P.A. | 2500-000 | N/A | 100,000.00 | 100,000.00 | 100,000.00 |
| Other - STICHTER RIEDEL BLAIN & PROSSER P.A. | 2500-000 | N/A | 10,050.95 | 10,050.95 | 10,050.95 |
| Other - STICHTER RIEDEL BLAIN & PROSSER P.A. | 2820-000 | N/A | 87,684.00 | 87,684.00 | 87,684.00 |
| Other - STICHTER RIEDEL BLAIN & PROSSER P.A. | 2500-000 | N/A | 5,399.25 | 5,399.25 | 5,399.25 |

| | | | | | |
|---|---|---|---|---|---|
| Other - STICHTER RIEDEL BLAIN & PROSSER P.A. | 2500-000 | N/A | 2,070.00 | 2,070.00 | 2,070.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.04 | 174.04 | 174.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 206.35 | 206.35 | 206.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.96 | 194.96 | 194.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 188.19 | 188.19 | 188.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 207.39 | 207.39 | 207.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 229.62 | 229.62 | 229.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 261.48 | 261.48 | 261.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.48 | 228.48 | 228.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 252.62 | 252.62 | 252.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 227.83 | 227.83 | 227.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 268.16 | 268.16 | 268.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 243.40 | 243.40 | 243.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 234.94 | 234.94 | 234.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 267.00 | 267.00 | 267.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 234.25 | 234.25 | 234.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 258.12 | 258.12 | 258.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 241.62 | 241.62 | 241.62 |
| Other - LANIGAN & ASSOCIATES, P.C. | 3410-000 | N/A | 3,810.05 | 3,810.05 | 3,810.05 |
| Other - LANIGAN & ASSOCIATES, P.C. | 3420-000 | N/A | 215.70 | 215.70 | 215.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 230.14 | 230.14 | 230.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 271.61 | 271.61 | 271.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$395,054.04** | **$395,054.04** | **$386,867.51** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stichter, Riedel, Blain & Postler, P.A. | 6210-160 | N/A | 112,421.50 | 112,421.50 | 0.00 |
| Stichter, Riedel, Blain & Postler, P.A. | 6220-170 | N/A | 2,177.43 | 2,177.43 | 0.00 |
| Capital Resource Partners, Inc. | 6700-500 | N/A | 16,362.50 | 16,362.50 | 0.00 |
| Capital Resource Partners, Inc. | 6700-500 | N/A | 5,384.50 | 5,384.50 | 0.00 |
| Internal Revenue Service | 6810-000 | N/A | 493,577.82 | 493,577.82 | 0.00 |
| Commercial Credit Group, Inc. | 6920-000 | N/A | 38,850.00 | 38,850.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Four Star Freightliner, Inc. | 6920-000 | N/A | 5,275.66 | 5,275.66 | 0.00 |
| Nations Fund I, LLC | 6920-000 | N/A | 184,857.92 | 184,857.92 | 0.00 |
| Quality Equipment Leasing, LLC | 6920-000 | N/A | 125,082.40 | 125,082.40 | 0.00 |
| Mercedes Benz Financial Services USA, LLC | 6920-000 | N/A | 24,381.00 | 24,381.00 | 0.00 |
| Matlack Leasing, LLC | 6920-000 | N/A | 113,962.33 | 113,962.33 | 0.00 |
| Blue Cross & Blue Shield of Florida | 6950-000 | N/A | 128,253.33 | 128,253.33 | 0.00 |
| Nations Fund I, LLC | 6990-000 | N/A | 301,626.77 | 301,626.77 | 0.00 |
| LSQ Funding Group, L.C. | 6990-000 | N/A | 281,937.47 | 281,937.47 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $1,834,150.63 | $1,834,150.63 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P-4 | Internal Revenue Service | 5800-000 | 757,539.58 | 941,030.35 | 941,030.35 | 0.00 |
| 9 -2 | Department of Revenue | 5800-000 | N/A | 9,220.95 | 9,220.95 | 0.00 |
| 26P | Four Star Freightliner, Inc. | 5200-000 | 5,245.28 | 5,275.66 | 5,275.66 | 0.00 |
| 30P | Louisiana Department of Revenue | 5800-000 | N/A | 351.32 | 351.32 | 0.00 |
| 33P | Quality Equipment Leasing, LLC | 5200-000 | 0.00 | 120,585.60 | 120,585.60 | 0.00 |
| 41P | Georgia Department of Revenue | 5800-000 | N/A | 14,519.96 | 14,519.96 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $762,784.86 | $1,090,983.84 | $1,090,983.84 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Colonial Oil Industries, Inc/Enmark Stations, Inc | 7100-000 | N/A | 273,031.85 | 273,031.85 | 0.00 |
| 2 | BellSouth Telecommunications, Inc. | 7100-000 | N/A | 508.67 | 508.67 | 0.00 |
| 3 -2 | BB&T, Bankruptcy Section | 7100-000 | N/A | 9,095.41 | 9,095.41 | 0.00 |
| 4 | AT&T Corp | 7100-000 | N/A | 10,485.43 | 10,485.43 | 0.00 |
| 5 | United Healthcare Insurance Company | 7100-000 | 26,800.00 | 23,978.74 | 23,978.74 | 0.00 |
| 6U-4 | Internal Revenue Service | 7300-000 | N/A | 128,932.86 | 128,932.86 | 0.00 |
| 7 | THEA Toll Payment Center | 7100-000 | N/A | 18,014.14 | 18,014.14 | 0.00 |
| 8 | Kenworth of Central Florida, Inc. | 7100-000 | 4,816.56 | 4,816.56 | 4,816.56 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,417.75 | 3,417.75 | 0.00 |
| 11 | Viera Williams, P.A. | 7100-000 | 4,702.45 | 5,394.15 | 5,394.15 | 0.00 |
| 12 | Hartland Fuel Products, LLC | 7100-000 | 240.89 | 275.89 | 275.89 | 0.00 |
| 13 | Terminal Service Company | 7100-000 | 2,738.38 | 4,888.87 | 4,888.87 | 0.00 |
| 15 -2 | Wells Fargo Bank | 7100-000 | N/A | 320,445.92 | 320,445.92 | 0.00 |
| 16 | AT&T Mobility II LLC | 7100-000 | N/A | 7,976.79 | 7,976.79 | 0.00 |
| 18 | Ameritas Life Insurance Corp. | 7100-000 | 1,440.52 | 4,528.92 | 4,528.92 | 0.00 |
| 19U | Banc of America Leasing | 7100-000 | N/A | 121,051.34 | 121,051.34 | 0.00 |
| 21 -2 | Nations Fund I, LLC | 7100-000 | 1,593,285.79 | 1,682,273.22 | 1,682,273.22 | 0.00 |
| 22 | Randall-Reilly, LLC | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| 24U | Mercedes-Benz Financial Services USA LLC | 7100-000 | N/A | 390,503.14 | 390,503.14 | 0.00 |
| 25U | Shutts & Bowen LLP | 7100-000 | 9,644.48 | 6,144.48 | 6,144.48 | 0.00 |
| 26U | Four Star Freightliner, Inc. | 7100-000 | N/A | 69,152.49 | 69,152.49 | 0.00 |
| 28U | Premium Assignment Corporation | 7100-000 | N/A | 277,541.50 | 277,541.50 | 0.00 |
| 29 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 30U | Louisiana Department of Revenue | 7300-000 | N/A | 141.33 | 141.33 | 0.00 |
| 31 | GuildayLaw | 7100-000 | N/A | 6,003.60 | 6,003.60 | 0.00 |
| 32 | GuildayLaw | 7100-000 | N/A | 6,003.60 | 6,003.60 | 0.00 |
| 33U | Quality Equipment Leasing, LLC | 7100-000 | N/A | 931,122.85 | 931,122.85 | 0.00 |
| 34 | Capital City Bank | 7100-000 | N/A | 489,675.84 | 489,675.84 | 0.00 |
| 36 | Matlack Leasing LLC | 7100-000 | 0.00 | 22,457.58 | 22,457.58 | 0.00 |
| 37 | Tampa Hillsborough County Expressway Authority | 7100-000 | N/A | 11,666.57 | 11,666.57 | 0.00 |
| 38 | Florida Turnpike Enterprise | 7100-000 | N/A | 550.12 | 550.12 | 0.00 |
| 39 | Daniel Peters | 7100-000 | N/A | 2,897.96 | 2,897.96 | 0.00 |
| 41U | Georgia Department of Revenue | 7300-000 | N/A | 4,345.73 | 4,345.73 | 0.00 |
| 42P | Dept of Highway Safety/Motor Vehicle | 7200-000 | 13,529.00 | 21,952.31 | 21,952.31 | 0.00 |
| 42U | Dept of Highway Safety/Motor Vehicle | 7300-000 | N/A | 28,346.85 | 28,346.85 | 0.00 |
| 43P | South Carolina Department of Revenue | 7200-000 | N/A | 636.25 | 636.25 | 0.00 |
| 43U | South Carolina Department of Revenue | 7300-000 | N/A | 806.74 | 806.74 | 0.00 |
| NOTFILED | Kitchens Garage, Inc | 7100-000 | 1,695.00 | N/A | N/A | 0.00 |
| NOTFILED | JBDIV, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Florida Dept. of Transportation | 7100-000 | 29,031.13 | N/A | N/A | 0.00 |
| NOTFILED | Florida Tank Services, Inc. | 7100-000 | 1,102.12 | N/A | N/A | 0.00 |
| NOTFILED | Florida Petroleum Marketers | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Everglades Petroleum Tank Svc, Inc | 7100-000 | 12,504.00 | N/A | N/A | 0.00 |
| NOTFILED | Justin Davis | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chevron & Texaco Business Card Svcs | 7100-000 | 5,042.67 | N/A | N/A | 0.00 |
| NOTFILED | Dallas National Insurance Company | 7100-000 | 618.63 | N/A | N/A | 0.00 |
| NOTFILED | Cross Island Parkway | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Gallery Collection Prudent Publishing | 7100-000 | 562.26 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Assoc. of Convenience Store | 7100-000 | 1,740.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 4,632.22 | N/A | N/A | 0.00 |
| NOTFILED | Langford & Myers P.A. | 7100-000 | 9,091.26 | N/A | N/A | 0.00 |
| NOTFILED | Jimmie's Firestone | 7100-000 | 65,584.46 | N/A | N/A | 0.00 |
| NOTFILED | Jimmie's ATP Service Center | 7100-000 | 139.76 | N/A | N/A | 0.00 |
| NOTFILED | JBDIII, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jax Commercial Tire, Inc | 7100-000 | 29,031.73 | N/A | N/A | 0.00 |
| NOTFILED | Georgia Oilmen's Association, Inc. | 7100-000 | 1,630.00 | N/A | N/A | 0.00 |
| NOTFILED | J.J. Keller | 7100-000 | 839.88 | N/A | N/A | 0.00 |
| NOTFILED | Hart Jacksonville | 7100-000 | 12,923.05 | N/A | N/A | 0.00 |
| NOTFILED | Kenworth of Central Florida, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Memorial Hospital & Manor Physician Centralized | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Simons & Dean | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Nehl Truck Company | 7100-000 | 5,740.74 | N/A | N/A | 0.00 |
| NOTFILED | Transcend Trailer Leasing & Rentals | 7100-000 | 171,924.22 | N/A | N/A | 0.00 |
| NOTFILED | Thompson Petroleum Services, LLC | 7100-000 | 1,311.49 | N/A | N/A | 0.00 |
| NOTFILED | Sun State Oil, Inc. | 7100-000 | 25,935.65 | N/A | N/A | 0.00 |
| NOTFILED | Stanley CSS Convergent | 7100-000 | 10,921.63 | N/A | N/A | 0.00 |
| NOTFILED | Stepp's Towing Service Pasco Co | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | Transportation Alliance Bank, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tyner Transport, Inc. George J. Tyner, Jr. | 7100-000 | 103,461.89 | N/A | N/A | 0.00 |
| NOTFILED | Tron's Auto & Towing, LLC | 7100-000 | 2,102.55 | N/A | N/A | 0.00 |
| NOTFILED | Warner Robins Wrecker & Towing | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wiregrass Petroleum Svc Equip. Co. | 7100-000 | 6,764.20 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Bankruptcy Department | 7100-000 | 2,246.87 | N/A | N/A | 0.00 |
| NOTFILED | UniFirst Riverside Uniform Rentals, | 7100-000 | 2,121.86 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Department of Justice U.S. Trustee Program | 7100-000 | 24,829.51 | N/A | N/A | 0.00 |
| NOTFILED | Ultimate Mobile Fleet Services, LLC | 7100-000 | 1,445.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Simons & Dean Attorneys At Law | 7100-000 | 4,306.14 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Shutts & Bowen LLP | 7100-000 | 9,644.48 | N/A | N/A | 0.00 |
| NOTFILED | Signature Graphics, Inc. | 7100-000 | 9,880.03 | N/A | N/A | 0.00 |
| NOTFILED | MCI | 7100-000 | 288.64 | N/A | N/A | 0.00 |
| NOTFILED | Chatham Truck Center, Inc | 7100-000 | 211.47 | N/A | N/A | 0.00 |
| NOTFILED | MassMutual Financial Group Retirement Plan Solutions | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Madison County Community Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty National Life Insurance Co. | 7100-000 | 307.49 | N/A | N/A | 0.00 |
| NOTFILED | Lykins Oil Co. | 7100-000 | 21,530.05 | N/A | N/A | 0.00 |
| NOTFILED | Miami-Dade Expressway Authority | 7100-000 | 67.56 | N/A | N/A | 0.00 |
| NOTFILED | New Jersey Turnpike Authority | 7100-000 | 53.75 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Pip's Auto Truck Plaza | 7100-000 | 5,798.55 | N/A | N/A | 0.00 |
| NOTFILED | Raffield Tire Masters, Inc. | 7100-000 | 4,562.02 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen | 7100-000 | 566.34 | N/A | N/A | 0.00 |
| NOTFILED | Polar Service Centers | 7100-000 | 6,511.98 | N/A | N/A | 0.00 |
| NOTFILED | Polar Service Center | 7100-000 | 388.40 | N/A | N/A | 0.00 |
| NOTFILED | O'Conner & Associates | 7100-000 | 3,597.00 | N/A | N/A | 0.00 |
| NOTFILED | Palm Coast Truck Repair | 7100-000 | 1,172.00 | N/A | N/A | 0.00 |
| NOTFILED | LG Funding LLC | 7100-000 | 30,146.50 | N/A | N/A | 0.00 |
| NOTFILED | AFLAC | 7100-000 | 1,547.23 | N/A | N/A | 0.00 |
| NOTFILED | CenturyLink | 7100-000 | 617.14 | N/A | N/A | 0.00 |
| NOTFILED | Atlas Financial Group | 7100-000 | 234.81 | N/A | N/A | 0.00 |
| NOTFILED | Autom Towing | 7100-000 | 785.46 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 28,446.34 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Equipment Leasing, Inc. | 7100-000 | 13,557.70 | N/A | N/A | 0.00 |
| NOTFILED | B & B Sanitation | 7100-000 | 912.00 | N/A | N/A | 0.00 |
| NOTFILED | ARCpoint of Tallahassee, Inc. | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | B-Line Carriers, Inc | 7100-000 | 910.75 | N/A | N/A | 0.00 |
| NOTFILED | Bruce Duhe' Tires, Inc | 7100-000 | 1,201.48 | N/A | N/A | 0.00 |
| NOTFILED | Central Florida Expressway Authority | 7100-000 | 8,044.75 | N/A | N/A | 0.00 |
| NOTFILED | Alfredo Betancourt | 7100-000 | 6,347.39 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of Florida | 7100-000 | 82,354.55 | N/A | N/A | 0.00 |
| NOTFILED | Altec Capital Services, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BCP Tanklines Inc | 7100-000 | 1,215.00 | N/A | N/A | 0.00 |

| NOTFILED | Aiken Standard | 7100-000 | 30.29 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Aegis Mobility | 7100-000 | 203.66 | N/A | N/A | 0.00 |
| NOTFILED | 27 North JBDIV, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services Inc. | 7100-000 | 450.50 | N/A | N/A | 0.00 |
| NOTFILED | 50th Street Tampa JBDIV, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advantica | 7100-000 | 300.19 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Disposal | 7100-000 | 836.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,443,974.21 | $4,889,565.45 | $4,889,565.45 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** 8:15-bk-07698-MGW | | **Trustee:** | (290770)    DOUGLAS N. MENCHISE |
| **Case Name:** JUSTIN DAVIS ENTERPRISES, INC. | | **Filed (f) or Converted (c):** | 04/25/16 (c) |
| | | **§341(a) Meeting Date:** | 06/01/16 |
| **Period Ending:** 07/09/18 | | **Claims Bar Date:** | 08/30/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Checking, savings or other financial accounts, c<br>   Orig. Description: Capital City Deposit Account;<br>Imported from original petition Doc# 71 | 838.74 | 838.74 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>   Orig. Description: Capital City Operating Account;<br>Imported from original petition Doc# 71 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>   Orig. Description: Capital City Payroll Account;<br>Imported from original petition Doc# 71 | 7.42 | 7.42 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>   Orig. Description: CSB Operating Account; Imported<br>from original petition Doc# 71 | 202.93 | 202.93 | | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>   Orig. Description: CSB Payroll Account; Imported<br>from original petition Doc# 71 | 128.55 | 128.55 | | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>   Orig. Description: Madison County Community Bank;<br>Imported from original petition Doc# 71 | 561.00 | 561.00 | | 0.00 | FA |
| 7 | Security deposits with public utilities, telepho<br>   Orig. Description: Pilot Travel Centers, LLC;<br>Imported from original petition Doc# 71 | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 8 | Security deposits with public utilities, telepho<br>   Orig. Description: Georgia Power; Imported from<br>original petition Doc# 71 | 1,605.00 | 1,605.00 | | 0.00 | FA |
| 9 | Accounts receivable.<br>   Orig. Description: Receivables; Imported from<br>original petition Doc# 71 | 579,969.12 | 0.00 | | 0.00 | FA |
| 10 | Accounts receivable.<br>   Orig. Description: Due from related entities (to be<br>supplemented); Imported from original petition Doc#<br>71 | Unknown | 0.00 | | 0.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles<br>   Orig. Description: Vehicles, Trucks, Trailers, etc -<br>see attached itemization; Imported from original | 6,921,213.00 | 6,921,213.00 | | 1,676,604.20 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 8:15-bk-07698-MGW

Case Name: JUSTIN DAVIS ENTERPRISES, INC.

Period Ending: 07/09/18

Trustee: (290770)   DOUGLAS N. MENCHISE

Filed (f) or Converted (c): 04/25/16 (c)

§341(a) Meeting Date: 06/01/16

Claims Bar Date: 08/30/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | petition Doc# 71 | | | | | |
| 12 | Office equipment, furnishings, and supplies.<br>Orig. Description: Office equipment and furnishings;<br>Imported from original petition Doc# 71 | 266,194.00 | 266,194.00 | | 0.00 | FA |
| 13 | Machinery, fixtures, equipment and supplies used<br>Orig. Description: Equipment; Imported from original<br>petition Doc# 71 | 612,794.00 | 0.00 | | 0.00 | FA |
| 14 | Inventory.<br>Orig. Description: Diesel Fuel; Imported from original<br>petition Doc# 71 | 17,126.36 | 17,126.36 | | 0.00 | FA |
| 15 | BANK ACCOUNTS-U  (u)<br>DIP ACCOUNT | 10,000.00 | 10,000.00 | | 41,661.62 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES-U  (u)<br>1996 Heil Trailer (VIN #5HTAB4428T7H60771);<br>1993 Heil Trailer (VIN<br>#1HLA3A7B6P7H57047); 2005 Volvo Trailer (VIN<br>#4V4NC9GHX5N405455); 2006 MONW<br>Trailer (VIN #1M9SD31346S567880); and 2006 Ford<br>Pickup (VIN #1FTRX12W56NA87576)  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES<br>(Portion of Asset No. 11) 1994 Heil (VIN<br>#1HLA3A7B0R7H57872); 2007 Volvo (VIN<br>#4V4NC9GH57N480017); 2000 Heil (VIN<br>#5HTAB4220Y7G64708); 2007 Polar (VIN<br>#1PMA2432071031011); and Fleet card lock fueling<br>tank and system located in Bainbridge, Georgia.  (See<br>Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | **Assets     Totals** (Excluding unknown values) | **$8,435,640.12** | **$7,242,877.00** | | **$1,718,265.82** | **$0.00** |

RE PROP# 16     Notice of Abandonment (Doc. No. 527)

RE PROP# 17     Notice of Abandonment (Doc. No. 507)

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:15-bk-07698-MGW | **Trustee:**    (290770)    DOUGLAS N. MENCHISE |
| **Case Name:**    JUSTIN DAVIS ENTERPRISES, INC. | **Filed (f) or Converted (c):**  04/25/16 (c) |
| | **§341(a) Meeting Date:**    06/01/16 |
| **Period Ending:** 07/09/18 | **Claims Bar Date:**    08/30/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

***FILED TFR 02/13/18;3/1/2018-UST APPROVED ; 3/2/2018-20 DAY NOTICE SENT ; 4/17/18-RECEIVED WORKSHEET/APPROVED NOTICE ; 4/17/18-SUBMITTED PROPOSED ORDER ALLOWING DISBURSEMENTS TO COURT ; 4/17/18-ORDER ALLOWING DISBURSEMENTS ENTERED ; 4/20/18-SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 531; 4/20/18- DISBURSED TO CREDITORS

1/23/18 - Filed Notice of Abandonment of extra vehicles; 01/05/18 - Sent email to Atty Chazal-Smith re: location of "extra" vehicles and titles; 12/07/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 525); Forwarded check for Accountant;12/05/17 - Submitted proposed Order on Interim Application for Accountant; 11/07/17 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 522); Filed Interim Fee Application for Accountant; 11/03/17 - Filed Motion to Substitute Accountant; 10/26/17 - Drafted Motion to Substitute Accountant; 08/18/17 - Sent email to Paxton Fitchell re: possible pending BP Claim; 4/19/17 - Reviewed email from accountant requesting info for returns; 3/30/17 - reviewed email from accountant on tax returns and emailed Justin Davis for info; 3/5/17 - Reviewed emails from Atty Fogarty and Justin Davis on tax returns; 1/24/17 - Reviewed email from Atty Fogarty on balance of sale proceeds held in trust for holdbacks; 1/5/17 - Emailed Justin Davis re: W-2s; 12/12/16 - Contacted accountant re: info for tax returns; 12/6/16- Reviewed email from Atty Fogarty on status of case and their fee application; 11/16/16 - Reviewed email from Atty Kucera re: admin claim; 11/4/16 - Sent email to accountant re: preparation of tax returns; 10/31/16 - Sent email to Justin Davis on insurance premium refund; 8/3/16 - SERVED ORDER AND FILED PROOF OF SERVICE (Doc. No. 499); 07/28/16 - Filed Application to Employ Accountant; 6/30/16 - Received proceeds from sale of business; 06/14/16 - Forwarded Oath and  tax documents to Judy Smith; 5/10/2016-SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 447 (order Granting  Chapter 7 Trustee to Operate Business; 4/28/2016 - SERVED ORDER AND FILED PROOF OF SERVICE - doc. no. 430; 4/26/2014-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order;    ***CASE CONVERTED TO CH. 7 ON 4/25/16***

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | April 30, 2017 | **Current Projected Date Of Final Report (TFR):** | February 13, 2018  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 8:15-bk-07698-MGW | |
| **Case Name:** | JUSTIN DAVIS ENTERPRISES, INC. | |
| | | |
| **Taxpayer ID #:** | **-***4312 | |
| **Period Ending:** | 07/09/18 | |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9866 - Checking Account |
| **Blanket Bond:** | $26,930,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/30/16 | | STICHTER RIEDEL BLAIN & PROSSER P.A. | PROCEEDS FROM SALE OF COMPANY PER ORDER (DOC. NO. 486) | | | 130,000.00 | | 130,000.00 |
| | {11} | | Deposit | 100,000.00 | 1129-000 | | | 130,000.00 |
| | {11} | | Balance of Sales Price - Coraluzzo | 10,000.00 | 1129-000 | | | 130,000.00 |
| | {11} | | Balance of Sales Price - Penco | 1,461,400.00 | 1129-000 | | | 130,000.00 |
| | {11} | | Sale and Transfer Costs | 105,204.20 | 1129-000 | | | 130,000.00 |
| | | | Payoff of Lien - 4 Star Freightliner, Inc. | -185,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Banc of America Leasing & Capital, LLC | -45,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Cecil and Rose Pittman | -15,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Commercial Credit Group, Inc. | -10,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Farmers & Merchants Bank | -13,400.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Mercedes-Benz Financial Services USA LLC | -900,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Webb | -93,000.00 | 4210-000 | | | 130,000.00 |
| | | | Payoff of Lien - Webster Capital Finance | -80,000.00 | 4210-000 | | | 130,000.00 |
| | | | Withheld Amount under Repair Holdback Fund - Stichter Riedel Blain & Postler | -100,000.00 | 2500-000 | | | 130,000.00 |
| | | | License and Registration Issuance - Trailers (based on 69 vehicles) | -10,050.95 | 2500-000 | | | 130,000.00 |
| | | | Sales Tax (6% on purchase price of vehicles) | -87,684.00 | 2820-000 | | | 130,000.00 |
| | | | Vehicle Title Transfer ($78.25 per vehicle) | -5,399.25 | 2500-000 | | | 130,000.00 |

| | | |
|---|---|---|
| Subtotals : | $130,000.00 | $0.00 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 8:15-bk-07698-MGW | | **Trustee:** | DOUGLAS N. MENCHISE (290770) | | |
| **Case Name:** | JUSTIN DAVIS ENTERPRISES, INC. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******9866 - Checking Account | | |
| **Taxpayer ID #:** | **-***4312 | | **Blanket Bond:** | $26,930,000.00 (per case limit) | | |
| **Period Ending:** | 07/09/18 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stichter Riedel Closing          -2,070.00<br>Cost estimates ($30 per<br>vehicle) | 2500-000 | | | 130,000.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.04 | 129,825.96 |
| 08/24/16 | {15} | STICHTER, RIEDEL, BLAIN &<br>POSTLER, P.A. TRUST ACCOUNT | TURNOVER OF PORTION OF BALANCE OF<br>DIP ACCOUNT PROCEEDS | 1229-000 | 6,300.00 | | 136,125.96 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.35 | 135,919.61 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.96 | 135,724.65 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.19 | 135,536.46 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.39 | 135,329.07 |
| 12/08/16 | {15} | JUSTIN DAVIS ENTERPRISES,<br>INC. | TURNOVER OF FUNDS ON DEPOSIT IN DIP<br>ACCOUNT | 1229-000 | 35,361.62 | | 170,690.69 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.62 | 170,461.07 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.48 | 170,199.59 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.48 | 169,971.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.62 | 169,718.49 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.83 | 169,490.66 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 268.16 | 169,222.50 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 243.40 | 168,979.10 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.94 | 168,744.16 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 267.00 | 168,477.16 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.25 | 168,242.91 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 258.12 | 167,984.79 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.62 | 167,743.17 |
| 12/07/17 | 101 | LANIGAN & ASSOCIATES, P.C. | PAYMENT OF ADMINISTRATIVE<br>ACCOUNTANT FEES AND COSTS PER<br>12/6/17 COURT ORDER (DOC. NO. 525) | | | 4,025.75 | 163,717.42 |
| | | | ACCOUNTANT FEES          3,810.05 | 3410-000 | | | 163,717.42 |
| | | | ACCOUNTANT COSTS          215.70 | 3420-000 | | | 163,717.42 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 230.14 | 163,487.28 |
| 01/03/18 | | STICHTER RIEDEL BLAIN &<br>POSTLER, PA | REFUND OF MONIES WITHHELD TO PAY<br>OFF BANC OF AMERICA LEASING DUE TO<br>UNPERFECTED LIEN ON VEHICLE | 4210-000 | | -10,001.69 | 173,488.97 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.61 | 173,217.36 |
| 04/20/18 | 102 | DOUGLAS N. MENCHISE | Dividend paid  95.48% on $74,797.97, Trustee<br>Compensation;  Reference: | 2100-000 | | 71,422.44 | 101,794.92 |
| 04/20/18 | 103 | DOUGLAS N. MENCHISE | Dividend paid  95.48% on $1,278.94, Trustee<br>Expenses;  Reference: | 2200-000 | | 1,221.22 | 100,573.70 |

Subtotals :                $41,661.62          $71,087.92

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 8:15-bk-07698-MGW
**Case Name:** JUSTIN DAVIS ENTERPRISES, INC.

**Taxpayer ID #:** **-***4312
**Period Ending:** 07/09/18

**Trustee:** DOUGLAS N. MENCHISE (290770)
**Bank Name:** Rabobank, N.A.
**Account:** ******9866 - Checking Account
**Blanket Bond:** $26,930,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/18 | 104 | Office of the United States Trustee | Dividend paid  95.48% on $11,375.00, U.S.<br>Trustee Quarterly Fees;  Reference: | 2950-000 | | 10,861.66 | 89,712.04 |
| 04/20/18 | 105 | STICHTER, RIEDEL, BLAIN &<br>POSTLER, P.A. | Combined Check for Claims#et_al. | | | 89,712.04 | 0.00 |
| | | | Dividend paid  95.48%         87,910.22<br>on $92,065.00;  Claim# ;<br>Filed: $92,065.00 | 3210-600 | | | 0.00 |
| | | | Dividend paid  95.48%          1,801.82<br>on $1,886.98;  Claim# ;<br>Filed: $1,886.98 | 3220-610 | | | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 171,661.62 | 171,661.62 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | | 171,661.62 | 171,661.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | | **$171,661.62** | **$171,661.62** | |

| | |
|---|---|
| Net Receipts : | 171,661.62 |
| Plus Gross Adjustments : | 1,546,604.20 |
| Net Estate : | $1,718,265.82 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9866** | **171,661.62** | **171,661.62** | **0.00** |
| | **$171,661.62** | **$171,661.62** | **$0.00** |

{} Asset reference(s)